AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

18 U.S.C. SECTION 2314
INTERSTATE TRANSPORTATION OF STOLEN GOOD

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
0-10 YEARS IMPRISONMENT, 0-3 YEARS SUPERVISED RELEASE, $250,00 FINE, AND $100 SPECIAL ASSESSMENT

**DEFENDANT - U.S.**

▶ JAY MILLER

DISTRICT COURT NUMBER

CR07-0          DLJ

FILED
OCT - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☑ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District
NEW HAMPSHIRE 07-MJ 41-01 (COMPLAINT)

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70391 WDB

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) STEPHEN G. CORRIGAN

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ 7/2/2007     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge: WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
OCT - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAY MILLER,<br><br>    Defendant. | No. CR7-0 [DLJ]<br><br>VIOLATION: 18 U.S.C. § 2314 – INTERSTATE TRANSPORTATION OF STOLEN GOODS<br><br>OAKLAND VENUE |

### INFORMATION

The United States charges that:

(18 U.S.C. § 2314 – Interstate Transportation Of Stolen Goods)

On or about February 17, 2007, in the Northern District of California, and elsewhere, the defendant

### JAY MILLER

did transport in interstate commerce from the State of New Hampshire to the State of California, goods and merchandise of a value of $5,000 or more, knowing the same to have been stolen and

//

//

INFORMATION

taken by fraud, in violation of Title 18, United States Code, Section 2314.

DATED: _October 8, 2007_

SCOTT N. SCHOOLS
United States Attorney

_/s/ W. Douglas Sprague_
W. DOUGLAS SPRAGUE
Chief, Oakland Criminal Division

(Approved as to form: _/s/_ )
AUSA STEPHEN G. CORRIGAN

INFORMATION

2