AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court   FILED

**NORTHERN** DISTRICT OF **CALIFORNIA**   OCT 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

JAY MILLER

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07-00638 DLJ

I, _____ JAY MILLER _____, the above named defendant, who is accused of

the interstate transportation of stolen goods, in violation of 18 U.S.C. 2314,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ____ October 11, 2007 ____ prosecution by indictment and consent that the
                        Date

proceeding may be by information rather than by indictment.

_____
Defendant

Before _____
       Judicial Officer

10-11-07

_____
Counsel for Defendant