**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:   10/19/07**

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                             **No.**  CR-07-00638-DLJ

**Defendant:** JAY MILLER [not present; in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

Status (with counsel)                    -HELD

**Notes:**  REFERRED TO PROBATION FOR PRE-PLEA REPORT- CRIMINAL HISTORY. Probation is to begin the criminal history report for this matter

Magistrate Minutes were not given to clerk sot that this matter was not put on DLJ calendar today- Deft was not present.

**Case Continued to:**   **11/16/07 at 9:00AM**       for    Status; set dates

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**                     for         Pretrial Conference
**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:   10/19/07    Ends:** 11/16/07
cc: Probation

Case 4:07-cr-00638-DLJ     Document 13     Filed 10/19/2007     Page 2 of 2