9am 1/c
E-Filing case

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 11/16/07

Case No: CR -07-00638-DLJ            Judge: D. Lowell Jensen

Reporter: Starr Wilson                Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

JAY MILLER        Present? Yes   In Custody? Y    Joyce Leavitt

                  Present? __    In Custody? __   _____

                  Present? __    In Custody? __   _____

                  Present? __    In Custody? __   _____

                  Present? __    In Custody? __   _____

                  Present? __    In Custody? __   _____

                  Present? __    In Custody? __   _____

US Attorney:      Interpreter:                    US Probation Officer:

George Bevan
(for S. Corrigan)

Reason for Hearing:                               Ruling:

~~Status~~/ Change of Plea                         - Held

GUILTY PLEA TO COUNT ONE OF THE INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED.

Notes: _____

Case continued to: 2/8/08 AT 10:00am for SENTENCING

Case continued to: _____ for _____

Case continued to: _____ for _____
   Motions to be filed by _____; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for Trial

Excludable Delay: Category: __ Begins: __ Ends: __

CC: Charlie Mabie / Probation