E-filing use

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-07-00638-01-DLJ
Defendant's Name: JAY MILLER
Defendant's Counsel: JOYCE LEAVITT
Due Date: 2/8/08 at 10 AM

_1_ Courtroom       Floor _4th_

## NOTICE TO DEFENSE COUNSEL

**The Court has directed that a:**

      __XX__ Presentence Investigation
      _____ Bail Investigation
      _____ Bail Supervision
      _____ Postsentence Investigation
      _____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc: Probation
✓ cc: Counsel

by: _____
Frances Stone, Deputy Clerk

Dated: 11/16/07

**US PROBATION OFFICE**
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No [Interpreter:_____]
Defendant's address: _____