UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

**FILED**
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 07-00638-01-DLJ |
| ) | |
| JAY MILLER | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 8th day of February, 2008, be continued until 7th day of March, 2008, at 10:00 a.m.

Date: 1-22-08

D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

CM/cm

CC TO COUNSEL
CC TO PROBATION FS