19 Am
Y/C
E-Filing Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
MAR 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 3/7/08

Case No: CR -07-00638-DLJ
Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO
Clerk: Frances Stone

Defendant(s):
JAY MILLER   Present? Y   In Custody? Y   Defense Counsel: JOYCE LEAVITT

US Attorney: CHINHAYI COLEMAN (for STEVE CORRIGAN)
US Probation Officer: CHARLIE MABIE

Reason for Hearing: SENTENCING

Ruling: — HELD

Notes: COUNT 1 — DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 18 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. COURT ORDERS RESTITUTION IN THE AMOUNT OF $10,295.00 THE $1,063.00 AMOUNT SEIZED IS TO GO TOWARD RESTITUTION PAYMENT. RESTITUTION ISSUE REMAINS OPEN 90 DAYS AS TO SUBMISSIONS REGARDING CATALOG PROGRAM.

SEE NEXT PAGE → CONTINUED

CONTINUED PAGE
PAGE 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: __3/7/08__

Case No: CR __-07-00638-DLJ__        Judge: D. Lowell Jensen

Reporter: __RAYNEE MERCADO__        Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

__JAY MILLER__   Present? __Y__   In Custody? __Y__   __JOYCE LEAVITT__

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

US Attorney:            Interpreter:                  US Probation Officer:
__CHINHAYI COLEMAN__                                  __CHARLIE MABIE__
__(FOR STEVE CORRIGAN)__
                                                       Ruling:
Reason for Hearing:

A $100 ASSESSMENT IS DUE IMMEDIATELY.
DEF WAIVES RIGHT TO APPEAL.

Notes: _____

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____; Opposition due _____
                                                      for Pretrial Conference
Case continued to: _____
                                            for _____ Trial
Case continued to: _____

Excludable Delay   Category ____ Begins ____ Ends ____