**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*        *(510) 637-3680*
*Oakland, California 94612-5217*        *FAX:(510) 637-3724*

June 3, 2008

Honorable D. Lowell Jensen
United States District Court
1301 Clay Street, Courtroom #1
Oakland, CA 94612

### Re: <u>United States v. Jay L. Miller,</u> CR 07-00638 DLJ

Dear Judge Jensen:

On March 7, 2008, defendant Jay Miller was sentenced on his plea of guilty to a one-count information charging the violation of 18 U.S.C. § 2314, interstate transportation of stolen goods. The sentence included a restitution order, requiring the defendant to pay restitution in the amount of $10,295.00 with $1,063.00 seized from the defendant upon his arrest to go toward payment of the restitution. The Court deferred the determination of restitution for 90 days from the March 7, 2008 sentencing date allowing for a submission to the Court regarding the additional cost to replace the card catalog program.

The sentence was consistent with the terms of the written plea agreement. In the plea agreement, the defendant admitted he stole hundreds of rare and antique books from the estate of the late William Ernest Hocking in Madison, New Hampshire along with the card catalogue which documented the extensive collection of books. Plea Agreement at ¶ 2. The defendant agreed to pay restitution in an amount of at least $10,295 for the costs of the missing stolen books that were not returned, and agreed to pay the cost to re-catalogue the books, up to an additional $10,000, for fees incurred within 90 days of sentencing. Plea Agreement at ¶ 8.

Since the date of sentencing, and prior to the 90-day period, the victims have submitted an estimate of $50,015.00 for the costs of replacing the catalogue for the Hocking library. The estimate was submitted by Dr. Candy Schwartz, Graduate School of Library and Information Sources, Simmons College, Boston, Massachusetts. Dr. Schwartz's estimate and curriculum vitae are attached. Although the victims have yet to replace the stolen card catalogue, it is appropriate for the Court to order restitution for future costs when the costs relate to losses sustained due to the defendant's criminal acts. *United States v. Laney,* 189 F.3d 954, 966-67 (9th Cir. 1999) (district court may order restitution for the future counseling of a sexual abuse victim even though the cost of counseling have not been incurred).

Although the victims have substantiated that the cost to re-create the missing card catalogue stolen by the defendant will far exceed $10,000, because the plea agreement limits the payment of restitution for this loss to no more than $10,000, the government respectfully requests that the Court amend the Judgment and Commitment Order to reflect an additional restitution payment of $10,000 to the Estate of William Hocking, c/o Penelope Hocking, 124 Moss Street, Victoria, British Colombia, Canada, to replace the stolen card catalogue.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

STEPHEN G. CORRIGAN
Assistant United States Attorney

Enclosures

cc: Charles Mabie, Probation Officer
    Joyce Leavitt, Assistant Federal Public Defender

2

 SIMMONS

Memorandum

From:  Candy Schwartz, Ph.D.
        Graduate School of Library & Information Science
        Simmons College, Boston, MA

To:     Jillian Farwell

Re:     Costs of recreating the catalogue for the Library of WE Hocking

Collection:

    Pre-1900 items or items not in English    ca. 1400
    Remaining                                  ca. 3600
    Total:                                     ca. 5000

Desired outcome:

    Shelflist/inventory. That is, one "card" per item, with sufficient bibliographic details to serve as an
    inventory and location device. Notes should also include elements which add value to items or
    otherwise indicate their uniqueness (signed items, rare items).

Costs (all figures are approximate)

| Category | Item | Cost per unit | Total |
|---|---|---|---|
| Personnel | Person knowledgeable about recording bibliographic metadata correctly and completely. Should have some knowledge of French and German, should be familiar with WorldCat and Library of Congress catalogues and authority files. A master's student in library and information science who has completed the advanced course in descriptive cataloguing would be appropriate. | $15/hr* <br><br> Pre-1900: $21,000 <br><br> Post-1900 $27,000 | $48,000.00 |
| | The employee would do research to select card creation software. | $15/hr* | $15.00 |
| | Consultant time preparing this cost projection | $100/hr | $100.00 |
| Materials | A workstation providing word processing, printer, and and access to the Internet | assumed to be available | |
| | Card printing software | $100 | $100.00 |
| | Printer index card stock sufficient to print 10,000 cards (most information would take two cards) | $27 for 150 cards (Staples) | $1,800.00 |
| Total | | | $50,015.00 |

* Assuming that the 3600, post-1900, English books are not rare, each of those would take approximately 30 minutes to catalogue. The remaining would take an average of one hour each.

Candy Schwartz, Professor

Enclosures: CV

# CAROLYN SUSAN (CANDY) SCHWARTZ

GSLIS, Simmons College, 300 The Fenway, Boston, MA 02115-5898
Voice: 617-521-2849, Fax: 617-521-3192, Skype: candyschwartz
<candy.schwartz@simmons.edu><http://web.simmons.edu/~schwartz/>

## EMPLOYMENT

| | |
|---|---|
| **1980-** | Professor and Coordinator of Doctoral Studies<br>Graduate School of Library and Information Science<br>Simmons College, Boston, MA<br>Current teaching areas: subject analysis, bibliographic organization, digital libraries. |
| **1977-1979** | Instructor (cataloguing, indexing), School of Information Studies<br>Syracuse University, Syracuse, NY |
| **1974-1977** | Cataloguing Librarian, Concordia University, Montreal, Quebec |
| **1973-1976** | Graduate School of Library Science, McGill University, Montreal, Quebec<br>Teaching Assistant/Research Assistant (cataloguing, indexing)<br>Library Assistant (Library Science). |

## EDUCATION

| | |
|---|---|
| **1986** | School of Information Studies, Syracuse University. PhD in information transfer |
| **1974** | Graduate School of Library Science, McGill University. Master of library science |
| **1969** | McGill University. Bachelor of arts in linguistics, with honours |

## TEACHING ACTIVITIES: Simmons College
### GSLIS Continuing Education Institutes
Director, *Classification, Taxonomy, Ontology*, April 16, 2005
Director, *Dublin Core*, October 27, 2001.
Director, *Digital Libraries*, July 15, 2000; November 14, 1998.
Director, *Metadata*, October 16, 1998; July 27, 1998; April 4, 1998.
Director, *Push and Pull on the World Wide Web*, September 27, 1997.
Director, *Reference and the World Wide Web*, July 11, 1997.
Director, *WWW Application Development*, April 17, 1996; October 19, 1995.
Co-Director, *Micro-Based Technical Services*, March 21, 1987.
Director, *Indexing Concepts and Techniques*, April 12, 1986.
Co-Director, *Implementing and Administering Online Services*, March 20, 1985.
Director, *Information Control in the Online Age*, October 15, 1983.
Faculty, *Microcomputers in Libraries*, November 6-7, 1981.
Director, *Bibliographic Control in the 80s*, October 2-3, 1981.
Faculty, *Online Database Searching*, 1980-1983.
### Simmons Institute for Leadership and Change
*Women on the Web* [with Tracey Leger-Hornby]. March 25, 1996.

## TEACHING ACTIVITIES: Elsewhere
### Can Tho University, Vietnam
Development of LIS courses LIM-211 (Knowledge Organisation and Structures) and LIM-224 (Bibliographic Description), 2005-2007.
### Educating Iraqi Librarians and Archivists, Simmons College GSLIS
Development of NEH-funded LIS courses in information organization and digital libraries, 2005.
### Special Libraries Association, Southwest Region
*Finding the right stuff: Using and evaluating internet search engines*, Albuquerque NM, October 30, 1996.

**American Society for Information Science, Professional Development Program**
*Finding the right stuff: Using and evaluating internet search engines*, Orlando FL, May 16, 1998; Washington DC, November 1, 1997; Baltimore MD, October 19, 1996.
**Hong Kong Institute of Science and Technology, Kowloon**
Seminars on *Cataloguing, indexing, records management, associative retrieval, search engines*, March 5-7, 1996.
**Massachusetts Board of Library Commissioners, Science Reference Institute**
Co-Director, *Phase II, Electronic science reference*, March 18-19, March 25-26, 1994.
**Department of Library Science, Srinakharinwirot University**, Bangkok, Thailand
Seminars on *Modern information systems in libraries*, August 4-6, 1993.
**Department of Library Science, Chulalongkorn University**, Bangkok, Thailand
Seminars on *Modern information systems in libraries*, August 9-11, 1993.
**Department of Library Science, Chiang Mai University**, Chiang Mai, Thailand
Seminars on *Modern information systems in libraries*, August 16-20, 1993.
**AJ Seminars** (held in Boston MA),
*Indexing*, 1987-1995, *Thesaurus construction*, 1986-1994.
**Graduate Library School, University of Arizona**, Tucson AZ
*Management of non-traditional library materials* (course), May 21-25, 1990.
**Graduate School of Library Science, McGill University**, Montreal, Quebec
*Seminar on information storage and retrieval*, Summer 1984, Summer 1985.
*Seminar on AACR2 and subject access,* Spring 1980.
*Seminars on cataloguing and classification*, Summer 1979, Summer 1981.
*Organization of materials* (course), Fall 1979.
**Dalhousie University**, Halifax, Nova Scotia
*Seminar on advances in information handling*, March 21-25, 1983.

**PROFESSIONAL ACTIVITIES: Standing Committees And Offices**
**American Society for Information Science & Technology (ASIS&T)**
*National Leadership*
President, 1998-99 (Immediate Past President, 1999-2000; President-Elect, 1997-98)
Director-at-Large, 1989-92; Executive Committee, 1991-92, 1997-2000; Board of Advisors, 2002-06
*Other National Offices*
*Journal of ASIST* Editor Selection Committee, 2007-08
Planning Committee for 2007 Annual Meeting, 2006-07
Task Force on Publications, 2003-06
Chapter Assembly Representative for Student Chapters, 1982-84, 2001-02, 2004-06
Award of Merit Jury (Chair, 04-05), 2003-05
Outstanding Information Science Teacher of the Year Jury (Chair), 1995-96, 1997-98
Research Award Jury, 1996-97
Education Committee, 1985-88, 1995-96, 1997-99
Membership Committee (Chair), 1992-94
Committee on Inter-Society Cooperation, 1990-92
Conferences & Meetings Committee, 1989-92
Research Committee, 1989-91
Marketing Committee, 1987-89
Chapter Assembly Advisor, 1987-89
Nominations Committee (national officers), 1984-85
Chapter of the Year Award Jury, 1984-85
Doctoral Dissertation Jury, 1985-86
Liaison to American Society of Indexers, 1982-84
*Journal of ASIS* Paper of the Year Jury, 1981-82.
*Special Interest Group/Education for Information Science*
Chair, 2005-06; ICabinet Representative, 1985-86.

*Special Interest Group/Classification Research*
  Cabinet Representative, 1993, 1982-84; Chair, 1981-83; Newsletter Editor, 1980-81, 1983.
*New England Chapter*
  Chair, 1983-1984; Nominations Committee 1981-82, 1990-91 (Chair); Directory Editor, 1986-87;
  Membership & Publicity Committee (Chair), 1984-87; Chapter Assembly Representative, 1982-86;
  Newsletter Editor, 1982-84
*Simmons College Student Chapter*, Faculty Advisor, 1982-87, 1990-95, 1998-2006.
**Massachusetts Board of Library Commissioners**, *Task Force for Special Collections*, 1995-1997.
**Documentation Abstracts, Inc.**, *Board of Directors*, 1988-94.
  President, 1991-94; Vice-President, 1990-91.
**Information Science Thesaurus**, *Advisory Board*, 1992-95.
**The French Library in Boston**, *Collège de conseillers*, 1991-94; *Library Advisory Board*, 1991-94.
**Beta Phi Mu**, *Beta Beta Chapter*, Faculty Advisor, 1988-89.
**Association for Library and Information Science Education (ALISE)**
  Research Grant Award Select Subcommittee, 1997-1998; Representative to Board of Directors of
  Documentation Abstracts, Inc., 1988-94; Tellers Committee, 1985-86.
**Association of Records Managers and Administrators (ARMA)**, *Boston Chapter*, Education Committee,
  1987-90.
**New England Microcomputer Users Group (NEMICRO)**, Newsletter Editor, 1983-86.
**American Society of Indexers (ASI)**, Liaison to ASIS, 1982-84.
**Special Libraries Association (SLA)**
  *Boston Chapter*, Science and Technology Chair, 1982-84; Program Committee, 1981-84.
  *Montreal Chapter*, Publicity Chair, 1975-78.

**PROFESSIONAL ACTIVITIES: Manuscript reviewing**
  *Journal of the American Society for Information Science and Technology*, ongoing.
  *Annual Review of Information Science and Technology*, 2007.
  Springer Verlag, 2007.
  MIT Press, 1999.
  Bostonian Society, 1996
  Bedford Books of St. Martin's Press, 1990, 1994.
  G.K. Hall & Company, 1990.
  Harper and Shuman Inc., 1986

**PROFESSIONAL ACTIVITIES: Other**
  Member, Planning Committee, IT for Archivists, Simmons College and Yale University, 2002-2003.
  Member, Technical Program Committee, ASIS Annual Meeting, 1997.
  Member, Award Jury, Documentation Abstracts Inc. Research Grant, 1995.
  Member, Planning Committee, *It's only natural, or is it*, New England ASIS, New England Online Users
    Group, Cambridge, MA, December 1, 1994.
  Coordinator, *Virtuous reality: Planning and running a successful session at ASIS*, ASIS Annual Meeting,
    Columbus, OH, October 25, 1993.
  Chair, Technical Program Committee, ASIS Annual Meeting, Washington DC, 1991.
  Co-Coordinator, *Adaptive technologies and the physically challenged*, Simmons College, Boston MA, July 26,
    1990.
  Chair, Local Arrangements, *12th International Conference on Research and Development in Information
    Retrieval (SIGIR '89)*, Cambridge MA, June 25-28, 1989.
  Chair, Technical Program Committee, 50th Anniversary ASIS Annual Meeting, Boston, MA, October 4-8,
    1987.
  Coordinator, *Optical disc technology in the library and information science curriculum* [panel], ASIS
    MidYear Meeting, Cincinnati OH, May 18, 1987.
  Member, Planning Committee,, *Gutenberg 9-5*, Boston Chapter SLA, New England ASIS & New England
    Online Users Group, Boston, MA, April 2, 1987.

Chair, Planning Committee, *Gutenberg II*, Boston Chapter SLA, New England ASIS, & New England Online Users Group, Boston, MA, March 21, 1986.

Coordinator, *Preconference institute on PRECIS*, ASIS Annual Meeting, Las Vegas NV, October 19, 1985.

Chair, Planning Committee, *Gutenberg goes to bits*, Boston Chapter SLA, New England ASIS, & New England Online Users Group, Cambridge MA, March 22, 1985.

Coordinator, *Educating the employer* [panel] and *Classification research forum* [panel], ASIS Annual Meeting, Philadelphia PA, October 22, 1984.

Chair, Planning Committee, *Friendliness, where will it end?*, New England ASIS, Cambridge MA, June 19, 1984.

Chair, Planning Committee, *Microcomputers and small libraries*, Boston Chapter SLA, Waltham, MA, December 8, 1983.

Coordinator, *Careers in information science* [panel], ASIS Annual Meeting, Crystal City, VA, October 4, 1983.

Coordinator, *Cost-effectiveness of controlled vocabularies* [panel], ASIS Annual Meeting, Crystal City VA, October 4, 1983.

Coordinator, *Classification in the online environment* [panel], ASIS MidYear Meeting, Lexington KY, May 23, 1983.

Chair, Planning Committee, *Medical information systems seminar* [panel], New England ASIS, Boston MA, May 11, 1983.

Chair, Planning Committee, *Technology update* [panel], Boston Chapter SLA, Nashua NH, April 27, 1983.

Coordinator, *Subject access to numeric databases* [panel], ASIS Annual Meeting, Columbus, OH, October 18, 1982.

Chair, Planning Committee, *Word processing systems and management seminar* [panel], Boston Chapter SLA, Boston MA, February 6, 1982.

Coordinator, *Classification research forum* [panel], ASIS Annual Meeting, Washington DC, October 29, 1981.

Coordinator, *Information organization in the arts and humanities* [panel], ASIS Annual Meeting, Washington DC, October 29, 1981.

Local coordinator, *PRECIS workshop*, Montreal Quebec, October 1976.

## INVITED ADDRESSES AND PRESENTATIONS

*Web 2.0 and Simmons College* [talk], Simmons Leadership Council, Boston, MA, October 27, 2007.

*Teaching what we do by doing what we do* [panel], ASIST Annual Meeting, Milwaukee, WI, October 22, 2007.

*Do we need a second life* [talk and tour, with Megan Fox], New England ASIS&T, Boston, MA, October 17, 2007.

*Get a (second) life* [talk, with Megan Fox], New England Library Association, Sturbridge, MA, October 16, 2007.

*Getting a second life* [talk, with Megan Fox], Massachusetts Library Association, Sturbridge, MA, May 4, 2007.

*E-portfolios for leadership competency assessment* [poster with Caryn Anderson], Faculty Showcase: Partners in Learning, Simmons College, Boston, MA, April 24, 2007.

*Wikis and blogs: Multipurpose tools for teaching and learning* [poster with Caryn Anderson and Sergio Chaparro-Univazo], Faculty Showcase: Partners in Learning, Simmons College, Boston, MA, April 24, 2007.

*Libraries and the digital revolution* [radio interview], Commonwealth Journal, WUMB-FM, January 28, 2007.

*What has Google done to my library school* [talk], Central Massachusetts Regional Library System (CMRLS), Worcester, MA, November 14, 2006.

*What has Google done to my library school* [talk], Simmons College Alumnae Association, South Hadley, MA, July 22, 2006.

*What has Google done to my library* [talk], College For a Day, Hyannis, MA, April 26, 2006.

*Use of markup languages* [workshop], Society of American Archivists IT Course, Boston, MA, November 6, 2004.

*Subject analysis in a day* [workshop], Indexing Staff Workshop, EBSCO Industries, Ipswich, MA, January 7, 2004.

*Use of markup languages* [workshop], IT for Archivists, Boston, MA, November 22, 2003.

*Descriptive primer: Metadata* [talk], New England Archivists Spring 2003 Meeting, Boston, MA, April 12, 2003.

*Trends in search engines: What you need to know* [talk], CALI: Annual Conference for Law School Computing, NELLCO Sponsored Session, Boston, MA, June 21, 2001.

*Dublin Core: History and applications* [talk], Metadata and CORC: Organizing the World of Online Resources, NELINET, Worcester, MA, November 6, 2000.

*Thesaurus workshop* [one-day workshop], USGS Gateway to the Earth Project, Reston, VA, October 16, 2000.

*E-texts: E-merged and e-merging* [talk], New England Library Association Annual Conference, Worcester, MA, October 2, 2000.

*Hybrid libraries: E-what?* [keynote address], HELIN Consortium Annual Meeting, Kingston, RI, January 6, 2000.

*Metadata, the Dublin Core, and SGML/XML* [talk], New Hampshire Libraries Conference, Manchester NH, May 10, 1999.

*Core competencies for academic public service librarians* [talk], Connecticut Library Association Annual Conference, Cromwell CT, April 7, 1999.

*Searching questions: Using Internet search engines* [talk], Government on the 'Net '98, Ottawa, Ontario, April 22, 1998.

*The Web and the academic librarian* [workshop], Brandeis University Libraries, Waltham MA, February 5, 1998.

*Search engines* and *Evaluation of Web resources* [talks], Reference and the World Wide Web, New England Chapter, Association of College and Research Libraries, Boston MA, November 18, 1997.

*Search engines: Compasses in cyberspace* [talk], Maine Libraries Conference, Bangor ME, May 19, 1997.

*Defining search engines for the Web* [talk], Vermont Library Conference, Burlington VT, May 15, 1997.

*Evaluating networked reference resources* [talk], Reference: Today's Priorities, Tomorrow's Promise, NELINET, Worcester MA, April 25, 1997.

*Reflections on our future* [panel member], ASIS Annual Meeting, Baltimore MD, October 23, 1996.

*Search engines for the Web* [talk], New England Library Association Annual Conference, Manchester, NH, October 7, 1996.

*Virtual libraries: The information professional and new technologies* [talk], Simmons College, Boston MA, April 1, 1996.

*Internet search engines* [talk], Association of Boston Law Librarians, Boston, MA, March 20, 1996.

*Finding the right stuff: Evaluating search engines* [talk], Evaluating the Quality of Information on the Internet, New England ASIS, Cambridge MA, September 6, 1995 (*ASIS Chapter Event of the Year for 1995/1996).

*New approaches to information retrieval* [talk], New and Improved, or Just New?, NELINET Reference Technology Advisory Committee, Cambridge MA, April 7, 1995.

*CD-ROM evaluation, selection and trends* [talk], Merrimack InterLibrary Cooperative, Andover MA, November 4, 1994.

*Retrieval software 1994* [talk], Online/CD-ROM '94, San Francisco, CA, October 24, 1994.

*Partners in gopherspace: The next frontier* [panel moderator], Boston Chapter SLA and New England ASIS, Cambridge MA, March 1, 1994.

*Retrieval software: Trends in access software for CD-ROM and online databases* [talk], Online/CD-ROM '93, Washington DC, November 1, 1993.

*Subject access to slide collections* [talk], Canadian Visual Resources Curators' Annual Conference, Montreal, Quebec, May 11, 1992.

*Trends and prospects for the online searcher* [keynote address], New England Online Users Group Spring Meeting, Cambridge MA, April 15, 1992.

*Expanding the Web: Subject access to nonprint materials* [talk], Canadian Library Association Annual Conference, Montreal, Quebec, June 3, 1991.

*Workshop on Bitnet* [panel member], Beatley Library, Simmons College, Boston MA, April 12, 1991.

*Library services and the online campus gateway* [talk], MIT Public Service Librarians' Meeting, Cambridge MA, March 22, 1990.

*Professional organizations: Are they for you?—ASIS* [talk], Harvard University Librarians Professional Development Week, Cambridge MA, December 7, 1989.

*Subject access to non-traditional image and sound materials* [talk], Graduate School of Library and Information Science, McGill University, Montreal, November 24, 1989.

*Evolving definitions and scope of coverage* [talk], ASIS Annual Meeting, Washington DC, October 31, 1989.

*Research in user modelling* [panel moderator], ASIS Annual Meeting, Washington DC, November 2, 1989.

*How to set up a database: Special considerations* [talk], Boston Group of Government Librarians, Boston MA, December 2, 1987.

*Education for records management* [talk], Boston Chapter ARMA, Cambridge MA, November 19, 1987.

*Networks and general information management*, [talk] Conference on Academic Computing and Liberal Arts Colleges, Skidmore NY, June 12, 1987.

*Optical disc technology in the library and information science curriculum* [talk], ASIS MidYear Meeting, Cincinnati OH, May 19, 1987.

*New technology: Its impact on school library management* [talk], New England Teachers Conference, Sturbridge MA, April 23, 1987.

*Computer capabilities for synagogue libraries* [talk], New England Jewish Libraries Association, Boston MA, November 19, 1985.

*Indexing for small databases* [talk], Massachusetts Library Association Annual Conference, Sturbridge MA, May 6, 1985.

*Microcomputer software for collection control* [talk], New England Regional Association of Language Learning Laboratory Directors, Boston MA, April 12, 1985.

*Electronic publishing: Impact on libraries* [talk], Gutenberg Goes to Bits, Boston Chapter SLA, New England ASIS, New England Online Users Group, Cambridge MA, March 22, 1985.

*Are you ready for online services?* [talk], Massachusetts Association for Educational Media Annual Conference, Chicopee MA, November 5, 1984.

*Educating the employer* [panel moderator], ASIS Annual Meeting, Philadelphia PA, October 22, 1984.

*Ten years after: The current status and future prospects of PRECIS in North America and abroad* [talk]. ASIS Annual Meeting, Philadelphia PA, October 22, 1984.

*Information retrieval* [talk], The Challenge of Change: A Workshop, Worcester MA, June 22, 1984.

*Library education viewpoint on community networking* [talk], 15th Annual Simmons College GSLIS Alumni Day, Boston MA, May 23, 1984.

*NEMICRO: What is it? What can it do for you?* [talk], Massachusetts Library Association Annual Conference, Springfield MA, May 25, 1984.

*Careers in information science* [panel moderator], ASIS Annual Meeting, Crystal City VA, October 4, 1983.

*Post-retrieval automatic classification: A temporary solution* [talk]. ASIS Annual Meeting, Crystal City VA, October 4, 1983.

*Functions of a user group* [talk], New England Microcomputer Users Group Fall Meeting, Boston MA, September 24, 1983.

*Subject access to numeric databases* [panel member], ASIS Annual Meeting, Columbus OH, October 18, 1982.

*Indexing directions and trends* [talk], American Society of Indexers Annual Conference, New York NY, May 22, 1982.

*Joint Simmons College/New England ACRL meeting on Paperchase* [panel member], Boston MA, April 23, 1982.

*Automatic classification of retrieved sets in online database searching* [talk]. ASIS Annual Meeting, Washington DC, October 29, 1981.

*Seminar on future applications of computers in libraries* [panel member], Harvard University Librarians Meeting, Cambridge MA, April 3, 1980.

## GRANTS

Simmons College, Technology Resource Center Minigrant, *Second life@Simmons*, 2006-7 [with Megan Fox]

Institute of Museum and Library Services, Laura Bush 21st Century Librarian Program, *Ph.D. in managerial leadership in the information professions*, 2005-2008. [$780,465, Co-principal Investigator]

Simmons College, Technology Resource Center Minigrant, *Preparing Simmons for PDA information delivery*, 2002 [with Megan Fox]

Simmons College, Emily Hollowell Research Grant, *Subject access to networked resources*, 1995

Simmons College, Emily Hollowell Research Grant, *Subject access to networked resources*, 1994

Simmons College, Emily Hollowell Research Grant, *Intelligent database software*, 1989
Simmons College Fund for Research, *Subject access to audiovisual materials*, 1987-1989
Council on Library Resources, Cooperative Research Grants Program, *Library services and the online campus gateway*, 1987-89
Simmons College, Emily Hollowell Research Grant, *Subject access to audiovisual materials*, 1987-88
Simmons College, Emily Hollowell Research Grant, *Post-retrieval clustering in online bibliographic databases*, 1982-83

## AWARDS & HONOURS
American Society for Information Science, *Watson Davis Award*, 2000
American Society for Information Science, New England Chapter, *Distinguished Contribution in Information Science Award*, 1998
American Society for Information Science, *Outstanding Information Science Teacher of the Year*, 1994
Syracuse University, *Fellow*, 1977-79
Beta Phi Mu (honour society), *Invited Member*, 1974
Special Libraries Association, Montreal Chapter, *Outstanding Student in Special Librarianship*, 1974
McGill University, Graduate School of Library Science, *Highest Standing Throughout the MLS Program*, 1972-74
McGill University, *Scholar*, 1964-65, 1967-68
Consolidated Bathurst Limited, *Scholar*, 1967-68

## CONSULTING
Endeca, 2004
EBSCO Information Services, 2004.
ChoiceStream (formerly SageHill Partners), 2001-2002
United States Geological Survey, Gateway to the Earth Project, 1993-94; 2000-2002
FactCity, Inc. 1999-2001
SilverPlatter, Inc., 1999-2000
America Online, Inc., 1998-1999
Boston Womens Health Book Collective, 1990, 1996
Ablex Publishing Corporation, 1995
JAI Press, 1995
National Center for Death Education, 1992-94
American Sleep Disorders Foundation, 1989
Museum of American Textile History, 1989
EBSCO/Magazine Articles Summaries Inc., 1988-90
BBN Software Inc., 1986 and 1989
Northeast Archives of Folklore and Oral History, University of Maine, 1988
Hitchcock Center for the Environment, 1987
Digital Equipment Corporation, 1986
Cullinet Database Systems, 1986
Apollo Computer Inc., 1984
Information Sources Ltd. (Ireland), 1982-84
CDB Enterprises Inc., 1979
FLEXIS Instructional Development Program, 1978
Concordia Universities Art Index Project (Canada), 1976

## MEMBERSHIPS
American Society for Information Science & Technology (ASIS&T); Association for Computing Machinery (ACM); Association for Library & Information Science Education (ALISE); Beta Phi Mu

## LANGUAGES
Conversational and written French; basic spoken and written German; familiarity with Spanish, Russian, and Latin; some Italian and Portuguese

## PUBLICATIONS: Monographs

(2006). (Ed.). *Revisiting outcomes assessment in higher education* [with P. Hernon & R. Dugan]. Westport, CT: Libraries Unlimited.

(2000). *Sorting out the Web: Approaches to subject access.* Norwood, NJ: Ablex.

(1997). (Ed.). *Proceedings of the 60th ASIS annual meeting* [with M. Rorvig]. Medford, NJ: Information Today.

(1995). (Ed.). 20 Years of SIG/CON. *Journal of the American Society for Information Science, 46* (0).

(1992). *Records management and the library* [with P. Hernon]. Norwood, NJ: Ablex.

(1989). *Library services and the online campus gateway* [with R. Hines].Washington, DC: Council on Library Resources.

(1987). *NEASIS directory.* Boston, New England Chapter of ASIS.

(1986). *A study of the application of post-retrieval clustering in online bibliographic databases.* Unpublished doctoral dissertation. School of Information Studies, Syracuse University.

## PUBLICATIONS: Journal editorial positions

*Library & Information Science Research* (peer-reviewed), Co-Editor, 1993- .
*CD-ROM Professional*, Editorial Advisory Board, 1990-1994.
*Journal of the American Society for Information Science* (per-reviewed), Board of Editors, 1982-86.

## PUBLICATIONS: Journal articles, book chapters

(2008). Reflections on a new PhD program: Thoughts of interest to the profession [with P. Hernon]. To appear in *Journal of Academic Librarianship*, 34.

(2007). "Thesaurus/Indexing" article in *Library Trends* festschrift in honour of F. W. Lancaster. Invited paper in preparation.

(2006). Managerial leadership as an area of doctoral study [with P. Hernon & C. Anderson]. In P. Hernon & N. Rossiter (Eds.), *Making a difference: Leadership and academic libraries* (pp. 229-250). Westport, CT: Libraries Unlimited.

(2006). Leadership: A unique focus [with P. Hernon]. *The Journal of Academic Librarianship, 32*, 1-2.

(2006). Managing electronic portfolios. In P. Hernon, R. Dugan, & C. Schwartz (Eds.), *Revisiting outcomes assessment in higher education* (pp. 151-163). Westport, CT: Libraries Unlimited.

(2006). Applying student learning outcomes to an educational program [with P. Hernon]. In P. Hernon, R. Dugan, & C. Schwartz (Eds.), *Revisiting outcomes assessment in higher education* (pp. 181-198). Westport, CT: Libraries Unlimited.

(2005). Bibliomysteries at Simmons College. *Mystery Readers Journal, 21*(3), 9-10.

(2000). Digital libraries: An overview. *Journal of Academic Librarianship, 26*, 385-393.

(1999). To e-book or not to e-book [with P. Hernon & R. Peek]. *Chronicle of Higher Education*, November 12, A27

(1999). The role of SIG/CON in the advancement of information science. *Journal of the American Society for Information Science, 50*, 1037-1039.

(1998). Web search engines. *Journal of the American Society for Information Science, 49*, 973-982.

(1997). Reflections on our future [with others]. *Bulletin of the American Society for Information Science*, 23, 16-23.

(1995). The 'least-threat' mechanism in title selection: A study of word distribution in high precall titles. *Journal of the American Society for Information Science [20 Years of SIG/CON], 46*(0), 35-37.

(1995). Records management and library and information science. In *A collection of articles on library and information science* (pp. 117-124). Chiang Mai, Thailand: Chiang Mai University.

(1994). Records management and the corporate library. In J. M. Matarazzo & M. Drake (Eds.), *Information for management: A handbook* (pp. 95-103). Washington, DC: SLA.

(1994). Tips for designing the next generation of CD-ROM software. *CD-ROM Professional, 7*(1), 110-114.

(1993). Evaluating CD-ROM products: Yet another checklist. *CD-ROM Professional, 5*(1), 87-91.

(1992). Humanities. In C. J. Armstrong & J. A. Large (Eds.), *Manual of online search strategies* (2d ed., pp. 552-620). London: Ashgate.

(1992). A survey of the use of wide area networks by librarians [with P. Raman]. In *Proceedings of the MidYear Meeting of ASIS* (pp.253-265). Silver Spring, MD: ASIS.

(1992). The CD-ROM journal literature: Where do you look? *CD-ROM Professional, 5*(1), 42-46.

(1991). The role of the information industry. In C. M. McClure & P. J. Hernon (Eds.), *Library and information science research: Perspectives and strategies for improvement* (pp. 240-249). Norwood, NJ: Ablex.

(1990). Teaching database management. *Database*, *13*(1), 91-93.

(1989). Trends in interface design in the CD-ROM database environment. In *Online '89: Conference Proceedings* (pp. 139-142). New Haven, CT: Online, Inc.

(1989). CD-ROM in the library and information science curriculum. *Laserdisk Professional*, *2*(1), 81-88.

(1988). Education in records management. In Education Committee of the Boston Chapter of ARMA International, *Education for records management: Opportunities in the Boston area* (pp. 5-6). Boston, MA: The Chapter.

(1988). Humanities. In C.J. Armstrong & J.A. Large (Eds.) *Manual of online search strategies* (pp. 623-678). London, Eng.: Gower.

(1986). Subject analysis [with L. Eisenmann]. *Annual Review of Information Science and Technology*, *21*, 37-61.

(1982). Questionnaire survey of participants in the Institute on Microcomputers in Libraries [with S. Schweizer]. In *Microcomputers in Libraries* (pp. 203-212). New York, NY: Neal Shumann.

(1978). Human-assisted thesaurus generation: a first step [with T. Noreault]. *Proceedings of the Annual Meeting of ASIS*, *15*, 291-294.

(1977). Indexing behaviour: survey and state of the art. *Proceedings of the Annual Meeting of ASIS*, *14*, fiche 8D5-8D14.

(1977). SIMULes: an experiment in teaching information storage and retrieval [with C.D. Batty]. *Journal of Education for Librarianship*, *17*, 238-246.

(1974). Index to Volume 25 [with others], *Journal of the American Society for Information Science*, 25(6).

**PUBLICATIONS:** *Library & Information Science Research* **editorials [all with P. Hernon]**

| | |
|---|---|
| 29, 2007 | What is a problem statement? 307-309 |
| | A need for a greater commitment in the profession to research and evaluation. 161-162. |
| | A community of scholarship. 1-2 |
| 28, 2006 | Recommendations of the Commission on the Future of Higher Education, 477-479 |
| | Now you see it, now you don't, 347-348 |
| | Political, religious, and other agendas now shape the discussion about research, 169-171. |
| | Peer review revisited, 1-3. |
| 27, 2005 | The unsung hero to a high-quality peer review journal, 421-423. |
| | The case of the submitted paper, 277-280. |
| | Open access to research, 139-140. |
| | Simplified data collection, 1-4. |
| 26, 2004 | Research for a purpose, 413-414. |
| | Research on higher education, 293-295. |
| | Library education and its accrediting body: An opportunity for partnerships, 1-4. |
| 25, 2003 | Peer review, 359-361. |
| | Where are we, where might we go? [with others], 233-237. |
| | We will not rest on our laurels, 125-126. |
| | Reflections, 1-2. |
| 24, 2002 | The next generation of researchers, 309-310. |
| | The word research: Having to live with a misunderstanding, 207-208. |
| | Outcomes assessment: Another research frontier, 105-106. |
| 23, 2001 | The desire is present, but is the expertise?, 209-210. |
| | Peer review, 1-3. |
| 22, 2000 | The profession's love affair with methodologies, 355-356. |
| | Survey research: A time for introspection, 117-121. |
| | If this were a perfect world, 1-3. |
| 21, 1999 | LIS research—multiple stakeholders, 423-427. |
| | Professional associations and LIS research, 141-151. |
| 20, 1998 | *Library & Information Science Research*: Marking the 20th anniversary, 309-320. |
| | Wish list, 209-210. |

Writing the scholarly research paper: Some advice, 111-113.
Looking backward, 1-3.

19, 1997    Research in library and information science: Moving toward the year 2000, 327-328.
The research agenda beyond 2000 [with others], 209-216.

18, 1996    Measuring customer satisfaction, 295-296.
Fraud and misconduct in library and information science research [with others]. 199-206.
Interdisciplinarity and scholarly research, 97-98.
Wash and wear research: Unrealistic expectations, 1-2.

17, 1995    Concepts: For instance, value, customer, and client, 325-326.
Can research be assimilated into the soul of library and information science?, 101-103.
Regaining the foundation of understanding, 1-3.

16, 1994    Serious stuff to ponder [with others], 271-277.
Thoughts on the journal, 197-199.
The need for more methodological and research design studies in LIS, 85-85.
Basic research, 1-2.

15, 1993    Library and information science research: Is it misunderstood?, 215-217.
Library and information science research: What do we need?, 115-116.
A new editorship, 1.

## PUBLICATIONS: Web

*Candy@*. http://web.simmons.edu/~schwartz/
In addition to student resources and personal information, contains extensive subject directories on LIS reference, digital libraries, information architecture, metadata, search engines, site selection, subject analysis, subject gateways, and web authoring.

*Candy@GSLIS*. http://gslis.simmons.edu/blogs/candy-at-gslis/
Blog, with content related to teaching areas, job seeking for students, and the occasional musing.

*Notable Women of Simmons College*, http://my.simmons.edu/library/notablewomen/
Digital scrapbooks created as collective class projects in the course LIS 462, Digital Libraries.

## PUBLICATIONS: Selected reviews and reports

(2007). Adrian Brown, Archiving websites. To appear in *American Archivist*.

(2005). B. Cronin (Ed.), Annual review of information science and technology, v. 38, 2004. *Journal of the American Society for Information Science & Technology, 56*, 1464-1465.

(2001). The 2001 Infonortics Search Engine Meeting. *Bulletin of the American Society for Information Science & Technology, 27*(6), 24-26.

(2000). Notes from the Boston 2000 Search Engine Meeting. *Bulletin of the American Society for Information Science & Technology, 26*(6), 26-28.

(1999). F. W. Lancaster, Indexing and abstracting in theory and practice (2d ed.). *Technicalities, 19*(8), 13-14.

(1999). A. G.Taylor, The organization of information. *Technicalities, 19*(8), 13-14.

(1999). P. A. Cochrane & E. H. Johnson (Eds.), Visualizing subject access for 21st century information resources. *Journal of Academic Librarianship, 25*, 328-329.

(1999). R. Green (Ed.), Knowledge organization and change. *Library Quarterly, 69*(1), 116-117.

(1998). Breton string masters strut their stuff in a brilliant new collection. *New England Folk Almanac, 8*(6), 11.

(1998). S. Maze, D. Moxley, & D. J. Smith, Authoritative guide to Web search engines. *Journal of the American Society for Information Science, 49*, 672.

(1997). K. A. Megill, The corporate memory: Information management in the electronic age. *Information Processing & Management, 33*, 810-811.

(1997). Jones Telecommunication and multimedia encyclopedia [CD-ROM]. *Journal of Academic Librarianship*, 23, 166.

(1997). L.-G. Liu, The Internet and library and information services. *Technicalities, 17*(2), 4-5.

(1966). Digital Libraries '96 [conference report]. *Bulletin of the American Society for Information Science, 22*(3), 28-29.

(1996). Gale Research. SUPERLCCS CD [CD-ROM]. *Journal of Academic Librarianship, 22*(3), 243-246.

(1995). Converging technologies: Forging new partnerships in information [conference report]. *Technicalities*, *15*(11), 1+11-12.

(1995). M. Fraase & P. James, The Windows Internet tour guide (2d ed.). *Journal of Academic Librarianship*, *21*, 339.

(1993). Document Delivery & Libraries/Internet & Libraries [conference report]. *Bulletin of the American Society for Information Science, 19*, 27.

(1991). F.W. Lancaster, Indexing and abstracting in theory and practice. *Library Journal*, *116*, 237.

(1991). Jez Lowe & the Bad Pennies. Briefly on the street [sound recording]. *Dirty Linen*, *33*, 67.

(1991). IIA's annual convention [conference report]. *CD-ROM Professional*, *4*(2), 104-105.

(1991). G. Whitney, Language distribution in databases: An analysis and evaluation. *Library Resources and Technical Services*, *35*, 233.

(1991). ERIC: OCLC [CD-ROM]. *CD-ROM information products: An evaluative guide*, *2*, 119-137.

(1991). Knowledge Finder: Medline [CD-ROM]. *CD-ROM Professional*, *4*(2), 40-44.

(1990). SearchExpress/Objects [software]. *CD-ROM Professional*, *3*(4), 52-57.

(1990). SilverPlatter, Inc. NTIS [CD-ROM]. *Government Information Quarterly*, *7*(1), 102-113.

(1990). H. Curtis, Public access microcomputers in academic libraries. *Education for Information, 8*(1), 51-52.

(1990). U.S. Bureau of the Census. CD-ROM test disk no. 2. [with P. Hernon]. *Administrative Notes*, *11*(6), 13-21.

(1989). C. Fenly, Expert systems: Concepts and applications. *Library Resources and Technical Services*, *33*, 317-318.

(1988). J. Pritchitt & F. Hill, The librarian's helper [software]. *Library Resources and Technical Services*, *32*, 272-274.

(1987). S. P. Harter, Online information retrieval. *Education For Information*, *5*, 343-344.

(1987). DIALOG Information Services. A practical guide to DIALOG for library technical services. *Library Resources & Technical Services*, *31*, 262-263.

(1987). E. Dym (Ed.), Subject and information analysis. *Journal of the American Society for Information Science*, *38*, 315-316.

(1986). J. McQueen & R. W. Boss, Videodisc and optical digital disc technologies and their applications in libraries. *Library Journal*, *111*, 74.

(1987). A. H. Helal & J. W. Weiss (Eds.). Future of online catalogs. *Information Processing and Management*, *23*, 67.

(1986). W. Crawford, MARC for library use. *Education for Information*, *4*, 54-55.

(1985). P. M. Clark, Microcomputer spreadsheet models for libraries. *NEMICRO Newsletter*, *1985-3*, 2.

(1985). J. Milliot, Micros at work: Case studies of microcomputers in libraries. *NEMICRO Newsletter*, *1985-3*, 2-3.

(1985). M. M. K. Hlava, Private file creation/database construction. *NEMICRO Newsletter*, *1985-2*, 3.

(1984). The application of mini- and micro-computers in information, documentation, and libraries. *NEMICRO Newsletter*, no. 1984-4, 3.

(1984). P. R. Dewey, Public access microcomputers: A handbook for librarians. *NEMICRO Newsletter*, *1984-4*, 3-4.

(1984). C. H. Jones & R. Kesner, Microcomputer applications in libraries. *NEMICRO Newsletter*, *1984-4*, 4.

(1984). Microcomputers for libraries: Product review and procurement guide. *NEMICRO Newsletter*, *1984-4*, 4.

(1984). B. Costa & M. Costa, A micro handbook for small libraries and media centers. *NEMICRO Newsletter*, *1984-3*, 2.

(1984). R. A. Walton, Microcomputers: A planning and implementation guide. *NEMICRO Newsletter*, *1984-2*, 3-4.

(1984). L. A. Woods & N. F. Pope, The librarian's guide to microcomputer technology and applications. *NEMICRO Newsletter*, *1984-1*, 2.

(1983). T. D. Dimitrov, World bibliography of international documentation. *American Reference Books Annual*, *14*, 32.

(1982). H. Sirges, Elsevier's football dictionary: English/German, German/English. *American Reference Books Annual*, *13*, 373-4.

(1982). H. M. Townley & R. D. Gee, Thesaurus-making: Growing your own word-stock. *American Reference Books Annual*, *13*, 173.

(1980). M. J. Freedman & S. M. Malinconico (Eds.), The nature and future of the catalog. *Special Libraries*, *71*, 466.

(1979). M. McCafferty, Thesauri and thesauri construction. *American Reference Books Annual*, *13*, 535-536.