UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 6/6/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**     **No.** CR-07-00638-DLJ

**Defendant:** Jay L. Miller [appearance waived]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**       **Ruling:**
**Restitution Hearing**        -HELD

**Notes:** Court will amend the Judgment to add $5,000 to Restitution amount.

**Case Continued to**       for

**Case Continued to:**      for
**Case Continued to:**      for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**              for Pretrial Conference

**Case Continued to**      for       Trial

**Excludable Delay: Category: Begins:**     **Ends:**