1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant MILLER
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )  No. CR 07-00638 DLJ
12             Plaintiff,               )
                                        )  STIPULATION AND
13     v.                               )  ORDER MODIFYING CONDITIONS
                                        )  OF SUPERVISED RELEASE TO
14 JAY MILLER,                          )  PERMIT TRAVEL TO THAILAND
                                        )
15                                      )
                                        )
16             Defendant.               )

17
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of
18
   supervised release for Jay Miller may be modified to allow Mr. Miller to travel to Thailand leaving
19
   San Francisco on October 16, 2009 and returning on October 25, 2009, so long as he provides an
20
   itinerary and contact information to his United States Probation Officer prior to his departure.  The
21
   reason for the request is that Mr. Miller was living in Thailand prior to his arrest in the above-
22
   referenced case.  At the time of his arrest in this country, Mr. Miller had an ongoing pizza business
23
   in Thailand and was living in an apartment there.  He would like to return to Thailand in order to
24
   resolve some outstanding issues regarding the business and also retrieve items which have been in
25

26

storage for the past two years.  Mr. Miller has met all of the conditions of his supervised release including obtaining employment and he is current on his restitution payments.  United States Probation Officer Mark Messner has been notified and has no objection to his traveling to Thailand to take care of his outstanding business and personal matters so long as Mr. Miller provides him with an itinerary and contact information prior to his leaving.   All other conditions of supervised release shall remain the same.

DATED:     10/06/09                    _____/s/_____
                                       JOYCE LEAVITT
                                       Assistant Federal Public Defender

DATED:     10/06/09                    _____/s/_____
                                       STEPHEN CORRIGAN
                                       Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of supervised release for  Jay Miller may be modified to allow Mr. Miller to travel to Thailand leaving San Francisco on October 16, 2009 and returning on October 25, 2009, so long as he provides an itinerary and contact information to his United States Probation Officer prior to his departure.  All other conditions of supervised release shall remain the same.

SO ORDERED.

DATED: October 7, 2009                 _____
                                       D. LOWELL JENSEN
                                       United States District  Judge