BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAY MILLER, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-00638 DLJ <br><br> **STIPULATION AND [PROPOSED] ORDER TERMINATING SUPERVISED RELEASE** |

**STIPULATION**

The government and Jay Miller, through their respective counsel, Stephen Corrigan and Joyce Leavitt, hereby stipulate that the Court may immediately terminate Jay Miller's term of supervised release, pursuant to 18 U.S.C. § 3583(e)(1). Mr. Miller is requesting early termination to visit his father who recently had major cardiac surgery and is in poor health. The United States Probation Office in the Southern District of Florida (where Mr. Miller's father lives) told United States Probation Officer Mark Messner that they will not allow Mr. Miller to travel to their district while on federal supervision because he has a 1994 offense which requires that he register as a sex offender.

Mr. Miller pled guilty on November 16, 2007, to interstate transportation of stolen goods, in violation of 18 USC §2314. On March 7, 2008, he was sentenced to 18 months in custody, 3 years of supervised release and $15,295 in restitution. Mr. Miller has been on supervised release for two

years. He has abided by all of his conditions of supervision, including payment of the $15,295 restitution, $100 special assessment, completion of mental health counseling and completion of drug treatment. Mr. Miller has been working since his release. He has had no violations.

Defense counsel has spoken with United States Probation Officer Mark Messner, who is Mr. Miller's supervising probation officer. USPO Messner indicated that, as a matter of policy, his office is unwilling to recommend early termination for a defendant with a prior offense requiring him to register as a sex offender. However, USPO Messner stated that he spoke personally with the USPO in the Southern District of Florida who denied his request that Mr. Miller be allowed to visit his sick father while on federal supervision. Mr. Messner also confirmed that Mr. Miller has been extremely compliant while on supervision, started his own business, and appears to be doing very well.

For these reasons, the parties stipulate that the Court may terminate Mr. Miller's term of supervised release effective immediately in accordance with 18 U.S.C. §3583(e)(1).

DATED: November 16, 2010  /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: November 16, 2010  /s/
STEPHEN CORRIGAN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that Jay Miller's term of supervised release is hereby terminated effective immediately, pursuant to 18 U.S.C. § 3583(e)(1).

SO ORDERED.

DATED: _____, 2010  _____
D. LOWELL JENSEN
United States District Judge

*U.S. v. Miller*, CR 07-00638 DLJ;
Stip & Order terminating S.R.          - 2 -